Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14–32286–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Arturo Frias
   aka Eric Artura Frias
422 Wistar Place
Glassboro, NJ 08028

Carolina Frias
   aka Carolina Rodriquez
422 Wistar Place
Glassboro, NJ 08028

Social Security No.:
   xxx–xx–6612

                           xxx–xx–0002

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 4, 2017</u>

               <u>Andrew B. Altenburg Jr.</u>
               Judge, United States Bankruptcy Court